# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**ex rel. DOUGLAS ESTEY;**<br>**STATE OF TENNESSEE**<br>**ex rel. DOUGLAS ESTEY; and**<br>**STATE OF VIRGINIA**<br>**ex rel. DOUGLAS ESTEY,** | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** | )<br>) | **No.: 3-12-CV-85**<br>**(VARLAN/GUYTON)** |
| **v.** | )<br>) | |
| **TENNESSEE ORTHOPAEDIC**<br>**CLINICS, P.C.; APPALACHIAN**<br>**ORTHOPAEDIC ASSOCIATES, P.C.**<br>**and APPALACHIAN ORTHOPAEDIC**<br>**PARTNERS, LLC,** | )<br>)<br>)<br>)<br>)<br>) | |
| **Defendants.** | )<br>) | |

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this **case as** counsel for:   Appalachian Orthopaedic Associates, P.C., and Appalachian Orthopaedic Partners, LLC.

Date: <u>November 27, 2013</u>

Attorney's Signature
Steve Finney, BPRN: 014307
Slagle & Finney, P.C.
302 Sunset Dr., Suite 111
Johnson City, TN 37604
Telephone: 423-282-8271
Fax: 423-282-8273
Email: sfinney@slagleandfinney.com

## Certificate of Service

I hereby certify that on November 27, 2013, a copy of the foregoing Appearance of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.